UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DAILY UNDERWRITERS OF AMERICA, INC., | ) ) ) | Civil Action No. 7:18-CV-034-CHB |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| JOHNNY CAUDILL, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Daily Underwriters of America, Inc.'s Petition for Declaratory Judgment [**R. 1**] is **DENIED**.

2. This a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 14th day of December, 2018.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY